John H. CRAWFORD and Earl Crawford, Appellants, v. UNITED STATES of America, Appellee.

No. 3093.

Circuit Court of Appeals, Fourth Circuit.

Jan. 14, 1931.

T. J. Lilly, of Hinton, W. Va., for appellants.

James Damron, U. S. Atty., of Huntington, W. Va.

PER CURIAM.

Judgment of District Court affirmed.

D. J. & T. SULLIVAN, Inc., Petitioner, v. David BURNET, Commissioner of Internal Revenue, Respondent.

No. 6453.

Circuit Court of Appeals, Ninth Circuit.

May 1, 1931.

Before SAWTELLE, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to motion of respondent, ordered petition to review in above cause dismissed for failure of appellant to file record and docket cause; mandate forthwith.

FREDERICK H. THOMPSON COMPANY, Appellant, v. The MAGNAVOX COMPANY, Appellee.

No. 6448.

Circuit Court of Appeals, Ninth Circuit.

May 11, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed without costs to either party; mandate forthwith.

F. L. FULLER, Jr., Trustee, and The Fidelity Bank of Durham, North Carolina, Appellants, v. W. G. BRAMHAM and T. L. Bland, Receivers of First National Company of Durham, Inc., and Julian S. Stein, C. Prevost Boyce, and Others, Partners Trading and Doing Business as Stein Bros. and Boyce, Appellees.

No. 3111.

Circuit Court of Appeals, Fourth Circuit

Feb. 3, 1931.

Jones Fuller, of Durham, N. C., for appellants.

R. Clarence Dozier, of South Mills, N. C., and McLendon & Hedrick, of Durham, N. C., for appellees.

PER CURIAM.

Appeal dismissed per stipulation and agreement of counsel.

Frank GALLETTI v. UNITED STATES of America.

No. 5672.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1930.

M. A. McCormack and O. J. Zinner, both of Cleveland, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court affirmed by court order.